**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**UNITED STATES OF AMERICA**

v.  　　　　　　　　　　　　　　　　　　　　　**Case No.  5:06-cr-47-Oc-10GRJ**

**WILLIAM ARTHUR STACKHOUSE**
_____/

**REVOCATION OF SUPERVISED RELEASE AND
<u>JUDGMENT AND COMMITMENT</u>**

This matter is before the Court on the Petition on Probation and Supervised Release, filed on September 7, 2006.  On October 25, 2006, the Court conducted a hearing on the matter at which defendant appeared with Rick Carey and the government was represented by Bonnie Glober for Robert E. Bodnar, Jr., Assistant United States Attorney.

After being personally addressed by the Court and being called upon to respond to the allegations of the Petition, the Petitioner did not deny those allegations.  The Court therefore found that each of the violations of the defendant's terms of supervised release as alleged in the Petition had been established in fact and that legal cause existed to revoke the defendant's period of supervised release.

Accordingly, upon due consideration, it is

**ORDERED AND ADJUDGED:**

　　1.　　That defendant's SUPERVISED RELEASE is reinstated; and

　　2.　　That defendant conditions of supervised release are hereby modified to include that Defendant shall participate in a residence treatment program for substance abuse at a facility in Sarasota, Florida commencing on October 30, 2006 for a term of 90 days.

   3.   Defendant is hereby released from custody.

**DONE AND ORDERED** at Ocala, Florida this 25th. day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             United States Marshal
             United States Probation Office
             U.S. Pretrial Services Office
             William Arthur Stackhouse