# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  **Case Number: 5:06-cr-47-Oc-10GRJ**

**WILLIAM ARTHUR STACKHOUSE**

**USM Number: 17299-083**

Rick Carey, FPD
201 SW Second Street, Suite 102
Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1 through 10 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision | February 2007 |
| 2 | Failure to notify three days prior to any change in residence in violation of Condition 6 of the Standard Conditions of Supervision | January 30, 2007 |
| 3 | Failure to participate in inpatient Substance Abuse Treatment for a period of 90 days in violation of the Modification Judgment dated October 25, 2006. | December 11, 2006 |
| 4 | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | February 15, 2007 |
| 5 | Alleged new criminal conduct occurring while on supervision in violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State, or local crime while under supervision | February 28, 2007 |
| 6 | Alleged new criminal conduct occurring while on supervision in violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State, or local crime while under supervision | February 28, 2007 |
| 7 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision, as set forth in the Judgment | February 21, 2007 |
| 8 | Alleged new criminal conduct occurring while on supervision in violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State or local crime while under supervision | March 29, 2007 |

AO 245B (Rev. 6/05) Judgment in a Criminal Case

WILLIAM ARTHUR STACKHOUSE  
5:06-cr-47-Oc-10GRJ  
Page 2 of 2

| | | |
|---|---|---|
| 9 | Alleged new criminal conduct occurring while on supervision in violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State or local crime while under supervision | March 29, 2007 |
| 10 | Possession of a controlled substance in violation of Condition 7 of the Standard Conditions of Supervision | March 29, 2007 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: August 24, 2007

_____  
UNITED STATES DISTRICT JUDGE  
August 28th, 2007

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 Months**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal